# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 08-30082-MJR |
| DEJUAN A. JONES, | ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge**:

On September 12, 2008, Jones was sentenced to 37 months' imprisonment with three years of supervised release (Doc. 33). Jones was instructed that he must self-report to the designated correctional center, FCI-Memphis, on October 28, 2008. Jones then moved the Court to require the United States Marshals Service (USMS) to provide non-custodial travel to FCI-Memphis (Doc. 35). On October 2, 2008, the Court granted Jones's motion (Doc. 36).

The Government now moves the Court to vacate its Order, citing the expense to the USMS and the difficulty the USMS has encountered with providing non-custodial travel (Doc. 37). Instead, the Government asks that Jones be required to self-report to the USMS Office in the East St. Louis, Illinois courthouse on October 28, 2008.

Having thoroughly considered the matter, the Court hereby **GRANTS** the Government's motion (Doc. 37), **VACATES** the October 2, 2008 Order (Doc. 36), and **ORDERS** Defendant DeJuan Jones to self-report to the United States Marshal's Office in the East St. Louis, Illinois Courthouse **at 1:00 p.m. on October 28, 2008**.

**IT IS SO ORDERED.**

**Dated this 15th day of October 2008.**

**s/ Michael J. Reagan**
**Michael J. Reagan**
**United States District Judge**